Attorneys General, *Alan Bible* and *Jack Streeter* for respondent.

No. 311. UNITED STATES *v.* FRYER. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Acting Solicitor General Stern* for the United States. *James J. Laughlin* for respondent.

No. 332. BENZ ET AL. *v.* COMPANIA NAVIERA HIDALGO, S. A. C. A. 9th Cir. Certiorari denied. *Kneland C. Tanner* for petitioners.

No. 351. SCHULZ ET AL. *v.* FLORA. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. *Robert Ruppin* for petitioners.

No. 353. BOYLE *v.* LARUE, TREASURER OF TRUMBULL COUNTY, ET AL. Supreme Court of Ohio. Certiorari denied. *James J. Boyle, pro se. Wendell E. Cable* for the Village of Hubbard, respondent.

No. 354. AEBY ET UX. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *James H. Martin* for petitioners. *Acting Solicitor General Stern, Assistant Attorney General Olney, Beatrice Rosenberg* and *Carl H. Imlay* for the United States.

No. 355. FOLLETT *v.* VORIS, DEPUTY COMMISSIONER, BUREAU OF EMPLOYEES COMPENSATION, ET AL. C. A. 5th Cir. Certiorari denied. *Arthur J. Mandell* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Burger* and *Samuel D. Slade* for the Deputy Commissioner; and *John R. Brown* and *E. D.*